1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6    Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 SUNNY BAVRA,                    )
                            ) No. C 07-2162 MMC
13            Plaintiff,        )
                            )
14          v.              )
                            ) **STIPULATION TO EXTEND DATES;**
15 ALBERTO GONZALEZ, Attorney General  ) **and ORDER**
of the United States; and          )
16 DAVID STILL, Acting District Director,  )
San Francisco Office;          )
17 U.S. Bureau of Citizenship and Immigration )
Services,                )
18                             )
           Defendants.    )
19 _____ )

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to the following:

22     1. Plaintiff filed this action on or about April 19, 2007. Defendants' answer is currently due on

23 June 18, 2007.

24     2. Pursuant to this Court's April 19, 2007 Order Setting Initial Case Management Conference,

25 the parties are required to file a joint case management statement on July 27, 2007, and attend a

26 case management conference on August 3, 2007.

27     3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint

28 case management statement, and possibly administratively resolve the case, the parties hereby

Stipulation for Extension
C 07-2162 MMC

1   respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

2       Last day to file Defendants' Answer:                        August 3, 2007

3       Last day to file Joint ADR Certification:                   August 17, 2007

4       Last day to file/serve Joint Case Management Statement:     August 31, 2007

5       Case Management Conference:                                 September 7, 2007, at 10:30 a.m.

6   Date: June 18, 2007                     Respectfully submitted,

7                                           SCOTT N. SCHOOLS
                                            United States Attorney
8

9                                           _____/s/_____
                                            EDWARD A. OLSEN
10                                          Assistant United States Attorney
                                            Attorneys for Defendants
11

12

13  Date: June 18, 2007                     _____/s/_____
                                            FRANK P. SPROULS
                                            Attorney for Plaintiff
14

15                                  **ORDER**

16      Pursuant to stipulation, IT IS SO ORDERED.

17
    Date: June 20, 2007
18                                          MAXINE M. CHESNEY
                                            United States District Judge

19

20

21

22

23

24

25

26

27

28

Stipulation for Extension
C 07-2162 MMC