SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION

| | |
|---|---|
| SUNNY BAVRA, | No. C 07-2162 MMC |
|     Plaintiff, | STIPULATION TO DISMISS AND [PROPOSED] ORDER |
| v. | |
| ALBERTO GONZALES, United States Attorney General; and DAVID STILL, Acting Director, San Francisco Office, U.S. Citizenship and Immigration Services, | |
|     Defendants. | |

    Plaintiff, by and through his attorney of record, and Defendants,[1] by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's application for permission to reapply for admission into the United States.

///

///

///

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
07-2162 MMC

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: July 18, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: July 18, 2007                    _____/S/_____
FRANK SPROULS
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 18, 2007

_____
MAXINE M. CHESNEY
United States District Judge

STIPULATION TO DISMISS
07-2162 MMC                         2